IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT SERFLING,

    Petitioner,

  vs.

KUMA DEBOO, Warden,

    Respondent.

                          /

No. 2:07-cv-01234-MCE-DAD P

ORDER

      On February 22, 2008, the assigned magistrate judge issued findings and recommendations, recommending that respondent's motion to dismiss be granted.  On March 20, 2008, the court reviewed the file and found that the findings and recommendations were supported by the record and by the magistrate judge's analysis.  The court adopted the findings and recommendations in full, granted respondent's motion to dismiss, and entered judgment in the case.  In doing so, the court noted that although it appeared that petitioner's copy of the magistrate judge's findings and recommendations were returned by the postal service, petitioner had been properly served.

      On the same day that the court entered judgment in the case, petitioner filed a notice of change of address and requested both a docket sheet and a copy of the court's most recent ruling.

Petitioner's recent filings appear to confirm that he did not receive the magistrate judge's findings and recommendations and reflects that he still wishes to pursue this matter. Accordingly, in the interests of justice, the court will vacate the judgment and re-open the case. The Clerk of the Court will be directed to re-serve petitioner with the magistrate judge's findings and recommendations of February 22, 2008. Petitioner will be granted fifteen days after being served with the findings and recommendations to file and serve written objections thereto, if any, with the court. Any reply from respondent shall be filed within five days after service of the objections.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The judgment in this case is vacated;

2. The Clerk of the Court is directed to re-open the case and re-serve petitioner with the magistrate judge's findings and recommendations filed February 22, 2008; and

3. Within fifteen days of being served with the findings and recommendations, petitioner shall file and serve written objections, if any, with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply from respondent shall be filed within five days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 16, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE