IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SERFLING,<br><br>            Petitioner,<br><br>     vs.<br><br>KUMA DEBOO, Warden,<br><br>            Respondent.<br>_____/ | No. 2:07-cv-01234-MCE-DAD P<br><br><br><br>ORDER |

    Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 22, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days.  On May 19, 2008, the findings and recommendations were re-served on petitioner at his last known address and petitioner was granted an additional fifteen days to file objections.  The time period has now expired and neither party has filed objections to the findings and recommendations.

/////

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4    1.  The findings and recommendations filed February 22, 2008, are adopted in full; and
5    2. Respondent's August 22, 2007 motion to dismiss the petition without prejudice as
6  premature is granted.

 Dated:  June 16, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE